AO 91 (Rev. 5/85) Criminal Complaint                                    AUSA Stephanie Evans

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

FILED by _____ D.C.
NOV 0 2 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

UNITED STATES OF AMERICA
V.
STERLING ALLISTER CHRISTIE,

## CRIMINAL COMPLAINT

CASE NUMBER: 09-8262-AEV

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __November 1, 2009__ in Palm Beach County, in the __Southern__ District of __Florida__ defendant(s) (Track Statutory Language of Offense)

brought into, and attempted to bring an alien, knowing that person is an alien, that is, EVROOD LEANSTER REID, a Jamaican national, to the United States, at a place other than a designated port of entry and at a place other than as designated by the Commissioner of the Immigration and Naturalization Service or the Secretary of Homeland Security, knowing that such person was an alien, for private financial gain.

in violation of Title __8__ United States Code, Section(s) __1324 and 1327__.

I further state that I am a(n) __Senior Patrol Agent, U.S. Border Patrol__ and that this complaint is based on the following facts:

Please see attached Affidavit.

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

Signature of Complainant
Richard J. Abbott, Senior Patrol Agent
United States Border Patrol

Sworn to before me and subscribed in my presence,

November 2, 2009                                            at    West Palm Beach, Florida
Date                                                               City and State

ANN E. VITUNAC
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer                                 Signature of Judicial Officer

# AFFIDAVIT

I, Richard J. Abbott, being duly sworn, depose and say:

1. I am a Senior Patrol Agent with the United States Border Patrol and have been so employed since September 25, 1988. I have completed training at the Border Patrol Academy and have participated in the investigation and arrest of in excess of 1000 illegal aliens. I have received specialized training regarding the investigation and enforcement of United States Immigration Laws.

2. This affidavit is based upon an ongoing investigation. The information herein is further based on my review of the Immigration and Naturalization Service files, court documents and reports, and is based on an interview of the defendants who are now located at the Palm Beach County Jail.

3. On November 1, 2009 at approximately 2:00 AM, a vessel bearing Grand Bahamas Registration Number GB01845 made landfall in the area of 500 South Ocean Blvd., Palm Beach, Florida. The Palm Beach Police Department was notified by a concerned citizen later in the morning. Police Officers D. Wilkinson ID# 9031 and L. Marsigliano ID# 8143 were dispatched to the area and were able to locate two individuals that had been on the vessel. They were later identified as DEJ, B/M, 03/20/76, country of birth Jamaica, and REID, Evrood Leanster, B/M 09/06/58, country of birth Jamaica. DEJ and REID's clothing was still wet from being in the water from when they left the vessel at time of encounter by the Police Officers.

4. When stopped and questioned by the Officers, DEJ attempted to flee on foot but was caught by Officer Wilkinson.

5. At approximately 6:50 AM, the Customs and Border Protection (Border Patrol Dispatch) received a request for assistance from the Palm Beach Police Department regarding

1

the landing of migrants. Both were transported to the Palm Beach Police Station awaiting a response from the Border Patrol.

6. Your affiant and Hector Escalera responded to the Police Department and determined alienage of the suspected migrants. Supervisory Border Patrol Agent John Solek and Senior Patrol Agent Jeff Martinez responded to the location of the vessel.

7. The vessel was identified as a 18' Sunbird, bearing Grand Bahamas Registration No. GB01845, white in color with a dark blue stripe, Model: Neptune 180, One Out Board 115 Yamaha engine. The vessel was later seized by SPA Jeff Martinez. The registered owner is listed as a Carlo THOMPSON. No further information currently available.

8. During initial interview of the suspected migrants by Senior Patrol Agent Abbott, both DEJ and REID stated that they had recently (exact time unknown, but last night) departed from Nassau, Bahamas and arrived in the USA. Both indicated that a third person was with them but that they did not know his whereabouts. DEJ stated that while he was in the Bahamas, he paid a smuggler $4,000.00 dollars (US Currency) to be brought to the USA from the Bahamas. DEJ stated the smugglers name was known to him as "Binks" and described him as a short heavy set black male. Later, during a sworn statement of REID, REID stated he paid the smuggler $4,200.00 (US Currency) to be brought to the USA from the Bahamas. REID stated he did not know the smugglers name. Both DEJ and REID identified the driver of the vessel as the person they paid to be brought to the USA and was the same individual that piloted the vessel.

9. At approximately 9:00 AM the Palm Beach PD located an individual matching the description given by the subject. That individual was identified as Sterling Allister CHRISTIE, DOB: 12/23/74, B/M, 5'6", approximately 200 pounds, Florida D/L No. C623-781-74-463-0, Bahamas D/L No. 85974, a naturalized United States Citizen from the Bahamas. A cab driver,

who had picked up CHRISTIE as a fare in his cab, was observed by the Police in the area traveling up and down the beach area as if looking for something or someone. The Police became suspicious due to the amount of time the cab was in the area.

10. SBPA Solek responded to the location of Police and the cab at 400 South Ocean Blvd, Palm Beach, FL. Upon questioned of CHRISTIE by SBPA Solek, CHRISTIE stated that was his vessel while pointing to it on the beach. CHRISTIE further stated to SBPA Solek that he departed from Freeport to Bimini. On the return trip later that night the vessel broke down. He drifted for a while and then he could observe the lights from the USA and got the vessel running again and headed towards the lights for an hour. The vessel broke down again and he drifted into the USA. He also claimed that he was by himself during the trip. SBPA Solek transported CHRISTIE to the West Palm Beach Border Patrol Station for further questioning regarding the smuggling venture.

11. During questioning post Miranda, CHRISTIE stated that he was going to get paid approximately $1,500.00 for bringing DEJ and REID to the United States from the Bahamas. That he was following the coordinates on the Global Positioning System someone else had programmed into it.

12. While at the West Palm Beach Border Patrol Station, DEJ was shown CHRISTIE who was being interviewed by SBPA Solek. The subject identified CHRISTIE as the individual known to him as "Binks". DEJ also stated that "Binks" was the black man in the orange stripped shirt and that he is the one he paid $4,000.00 to in the Bahamas to be brought to the USA. At the time of interview of CHRISTIE, CHRISTIE was wearing a orange horizontal black stripped shirt and blue jeans.

13. REID also identified CHRISTIE as the individual that provided transportation to him from the Bahamas to the USA.

14. DEJ and REID were transported from the Palm Beach Police Station by SPA'S Abbott and Escalera.

15. During administrative processing and vetting of DEJ it was learned that on November 22, 2003, he arrived to the United States at the Port of Entry NYC (New York City) and attempted to gain entry through fraud. The fraud was discovered by the Immigration Inspectors and DEJ was removed under expedited removal proceedings on November 23, 2003.

16. The CLAIMS (Computer Links Application Information Management System) was negative for any record that DEJ applied for nor received permission from the Secretary of Homeland Security to reenter the United States after having previously been removed.

17. During administrative processing and vetting of REID, it was learned that on June 22, 2005, REID was ordered deported by an Immigration Judge at Miami, Florida. REID was deported on August 18, 2005 from the United States at Miami, Florida to Jamaica. Information contained in EARM confirmed that REID had been deported as an Aggravated Felon.

18. The National Criminal Information Center (NCIC) was checked and found that REID was convicted on April 25, 2002 in the State of North Carolina for an offense of Trafficking in Cocaine, Possession with intent to sell/deliver marijuana, two counts of maintain place controlled substance, Possession of Drug Paraphernalia. NCIC also reflected that REID was convicted on June 12, 1998 in the State of New Jersey for the offense of Possession of CDS or Analog, Possession of Marijuana/Hash, Distribute Heroin/Cocaine, Distribute Marijuana/Hash, Conspiracy. The NCIC return was based on fingerprints.

19. REID was entered into the IDENT system with a HIT that he was positive for prior arrest by Immigration. The positive return was based on fingerprints.

20. Your affiant caused the Alien File to be reviewed for the existence of an I-212, a waiver for permission to reenter the United States after deportation. No Form I-212 was located. The CLAIMS system was negative for any application or the existence of the waiver for REID. A Record of Nonexistence will be requested from the Bureau of Customs and Immigration Services concerning the lack of permission to reenter the USA after deportation during normal business hours.

21. Based upon the foregoing, your affiant states that there is probable cause to believe that on or about November 1, 2009, in Palm Beach County, in the Southern District of Florida the defendant, EVROOD LEANSTER REID, an alien, having previously been removed and deported from the United States on or about August 18, 2005, entered and attempted to enter the United States, knowingly and unlawfully, without the Attorney General of the United States or his successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202(3), 202(4), and 557), having expressly consented to such alien's reapplying for admission to the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

22. Based upon the foregoing, your affiant states that there is probable cause to believe that on or about November 1, 2009, in Palm Beach County, in the Southern District of Florida the defendant, STERLING ALLISTER CHRISTIE, brought into, and attempted to bring an alien, knowing that person is an alien, that is, EVROOD LEANSTER REID, a Jamaican national, to the United States, at a place other than a designated port of entry and at a place other than as designated by the Commissioner of the Immigration and Naturalization Service or the

Secretary of Homeland Security, knowing that such person was an alien, for private financial gain in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(i) and 1324(a)(1)(B)(i).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Richard J. Abbott, Senior Patrol Agent
United States Border Patrol

Sworn to and subscribed before me
This 2st day of November, 2009 in
West Palm Beach, Florida.

_____
The Honorable Ann E. Vitunac
UNITED STATES MIGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name: Sterling Allister Christie**

**Case No**: 09-8262-AEV

Alien smuggling

8 U.S.C. §1324(a)(1)(A)(i) and 1324(a)(1)(B)(i)

* **Max.Penalty**: 10 years' imprisonment; 3 years supervised release; $250,000 fine

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 09-8262-AEV

## BOND RECOMMENDATION

DEFENDANT: STERLING ALLISTER CHRISTIE

PRE-TRIAL DETENTION

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   STEPHANIE EVANS

Last Known Address: _____

What Facility: PALM BEACH COUNTY JAIL

Agent(s): SENIOR PATROL AGENT RICHARD ABBOTT
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)
U.S. BORDER PATROL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-8262-AEV

UNITED STATES OF AMERICA

vs.

STERLING ALLISTER CHRISTIE,

Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

Respectfully submitted,

JEFFREY H. SLOMAN
ACTING UNITED STATES ATTORNEY

BY: _____
STEPHANIE EVANS
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 255180
500 S. AUSTRALIAN AVENUE, SUITE 400
WEST PALM BEACH, FL 33401
TEL: (561) 820-8711
FAX: (561) 802-1787